# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEJANDRO ALIX MANZO, | ) | Case No.: 2:10-cv-01668-GMN-PAL |
| | ) | |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding pro se. On November 15, 2010, respondents filed a motion for an extension of time to file and serve their answer to the petition (ECF No. 6). Respondents' motion for an extension of time requested an additional thirty (30) days, up to and including December 15, 2010 to serve and file an answer to Petitioner's petition for writ of habeas corpus. On December 15, 2010, Respondents filed a motion to dismiss (ECF No. 7). On December 28, 2011, Petitioner filed a motion for an extension of time to file his response to the motion to dismiss noting that, while he received a copy of the exhibits filed in support of the motion to dismiss, he did not receive a copy of the motion itself (ECF No. 10). A certificate of service was filed on December 15, 2010 stating that the motion to dismiss was served on the Petitioner. Good cause appearing,

IT IS THEREFORE ORDERED that Respondents' motion (ECF No. 6) is GRANTED *nunc pro tunc* to November 16, 2010.

IT IS FURTHER ORDERED that Petitioner's motion (ECF No. 10) is GRANTED. The Clerk of the Court shall send a copy of the motion to dismiss, **without**

1 **exhibits**, to Petitioner.  Petitioner shall have an additional thirty (30) days, up to and
2 including March 3, 2011 to respond to Respondents' motion to dismiss.
3    DATED this 3rd day of February, 2011.

_____
Gloria M. Navarro
United States District Judge